FILED

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost **GRANTED**

| | |
|---|---|
| HABIBULLAH MANGUT )<br>Camp Delta Guantanamo Bay )<br>Washington, D.C. 20355 )<br>      )<br>       Petitioner )<br>      )<br>v.    )<br>      )<br>GEORGE W. BUSH, )<br>President of the United States )<br>      )<br>DONALD RUMSFELD, )<br>Secretary, United States Department )<br>of Defense )<br>      )<br>ARMY BRIG. GEN. JAY HOOD )<br>Commander, Joint Task Force- )<br>GTMO )<br>      )<br>ARMY COL. BRICE GYURISKO )<br>Commander, Joint Detention )<br>Operations Group, JTF - GTMO ) | Civil Action No.<br><br>CASE NUMBER: 105CV1008<br><br>JUDGE: JOHN D. BATES<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE: MAY 18, 2005 |

### PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T 01287
1977

Date: 22 Mar 05

PETITIONER: Habibullah Mangut (Ullah, Habib on his ID card)

From: Zurmat, Afghanistan

Due to personal and family conflict, maliciously my enemies reported against me unjustified accusations. Americans, along with three interpreters, arrested me. Americans kept the security and interpreters searched me. There were another seven individuals arrested at the same time. They took my rifle and my vehicle and carried me to the next central city. They searched me again and then along with Americans transferred me to Gardaiz (capitol of the province). I was detained there. [Level 9] [Level 9] [Level 9] I strongly believe that I was unlawfully arrested [Level 9] Since my imprisonment is unjustified, I respectfully demand justice.

NOTE: This is not an official translation.

FILED

MAY 1 9 2005

05 1008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISN 907

GUAN-2005-T 0███

947

1977

PETITIONER: (DETAINEE'S NAME)

زه د فضا نشتان د نذرت خذم نائم نجيب الله منګوت  دی

نې موبز  سنجی او کورنې دښمنان يرما باندې تو  رو نه ولګول دې کيلو امريکا يان دری تر جانا نو سره يو غږ نا ته ګرفتار وکړه ، امريکا يان د رښتی کار رنه په لاسې کې وينولو ترجانا ن ما ته دعوه نو رکسا نو سره تدرش وکړه ، دوه نه ما توپک ته وينوله او نه ما موټر حم دحنوا په لارښې کې وو ، موبز  یه په دوه مرکز  ته ښنبي  پوتله  او دوم  بار ما ته تلاشی وکړه بيا امريکايا نو سره  ګر  دېز  ته بوتله د وصلت بندی وکړه او ما ته پو سوت وکړه

[Level 9]

ما هيڅ ګنا ه نذې کړی ، زه بينا ه يم ، نه ما بندی تو به عنوان د قانون دی کښته دستا سو څخه عدالت غوا ړم ـ احترامآ

Signed: _____    Date: 22 Mar 05

ATCH 1

ISN 907