UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HABIBULLAH MANGUT )
Camp Delta Guantanamo Bay )
Washington, D.C. 20355 )
)
         Petitioner )
)
v. )
)
GEORGE W. BUSH, )
President of the United States )
)
DONALD RUMSFELD, )
Secretary, United States Department )
of Defense )
)
ARMY BRIG. GEN. JAY HOOD )
Commander, Joint Task Force- )
GTMO )
)
ARMY COL. BRICE GYURISKO )
Commander, Joint Detention )
Operations Group, JTF - GTMO )

Leave to file without
Prepayment of Cost **GRANTED**

Civil Action No.

CASE NUMBER: 105CV1008

JUDGE: JOHN D. BATES

DECK TYPE: HABEAS CORPUS/2255

DATE: MAY 18, 2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 01977

Date: 22 Mar 05

PETITIONER: Habibullah Mangut (Ullah, Habib on his ID card)

From: Zurmat, Afghanistan

Due to personal and family conflict, maliciously my enemies reported against me unjustified accusations. Americans, along with three interpreters, arrested me. Americans kept the security and interpreters searched me. There were another seven individuals arrested at the same time. They took my rifle and my vehicle and carried me to the next central city. They searched me again and then along with Americans transferred me to Gardaiz (capitol of the province). I was detained there [Level 9] [Level 9] [Level 9] I strongly believe that I was unlawfully arrested [Level 9]. Since my imprisonment is unjustified, I respectfully demand justice.

NOTE: This is not an official translation.

05 1008

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISN 907

947

GUAN-2005-T 0███

1977

PETITIONER: (DETAINEE'S NAME)

زه د افغانستان د نژدت څخه نامه نجیب الله منګوت دی

نو موږ څنګې او کورنی دښمنان پرما باندی تورو نه ولګول دوی کښی امریکایان دری ترجمانان نو سه یو ټول با ته ګرفتار وکړه ، امریکایان در بینځ کارونه په لاس کی ونیوله ، ترجمانان ما ته د ګوه نوټکا نوسه تډش وکړه ، دوی ما توبک ته ونیوله او ذما مویټر هم د ګڼو په لاس کی وو . موږ یکه په دوم مرکز ته انتقالی پوتله او دوم بار ما ته تلاښی وکړه بیا امریکایانو سره ګروپ دیر ته پوتله د وصلعت بندی وکړه او ما ته پوسرت وکړه

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ Level 9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ما هیڅ ګناه نه دی کړی ، زه بیګناه یم ، زما څخه تویې توبه څخه وغواړه دی که زه د ستاسو څخه عدالت غوارم . احتراماً

Signed: _____  Date: 22 Mar 05

ATCH 1

ISN 907