UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>*In re* Guantanamo Detainee Cases )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>_____ ) | Civil Action Nos.<br><br>05-CV-1008　05-CV-1013　05-CV-0884<br>05-CV-0890　05-CV-1241　05-CV-1487<br>05-CV-1000　05-CV-1235　05-CV-0997<br>05-CV-1490　05-CV-0889　05-CV-1237<br>05-CV-1001　05-CV-1012　05-CV-0880<br>05-CV-0882　05-CV-0885　05-CV-1243<br>05-CV-0995　05-CV-0878　05-CV-1311<br>05-CV-1244　05-CV-0888　05-CV-1238<br>05-CV-0892　05-CV-1242　05-CV-1492<br>05-CV-1240　05-CV-0994　05-CV-1009<br>05-CV-1233　05-CV-1239　05-CV-1310<br>05-CV-1010　05-CV-1312　05-CV-1236<br>05-CV-0887　05-CV-0881　05-CV-1246<br>05-CV-1491　05-CV-0877　05-CV-0996<br>05-CV-1011　05-CV-0886　05-CV-1002<br>05-CV-1234　05-CV-0998　05-CV-0993<br>05-CV-1489　05-CV-0891　05-CV-0879<br>05-CV-0883　05-CV-1493　05-CV-0999 |

## ORDER

In the interest of facilitating the appointment of counsel in the above-captioned cases, pursuant to the agreement of the Judges of this Court acting in Executive Session, September 13, 2005, it is hereby

ORDERED that the Federal Defender Offices listed on the attached schedule are appointed to represent the petitioners in the respective cases, and that the individual attorneys from the Federal Defender offices who will represent the petitioners in each case shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**

October 5, 2005

_____/s/_____
Thomas F. Hogan
Chief Judge