AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

HABIBULLA MANGUT )
    Petitioner(s) )  APPEARANCE
)
    vs. )  CASE NUMBER: 05-CV-01008
GEORGE W. BUSH, )
President of the United States )
)
DONALD RUMSFELD, )
Secretary, United States Department )
of Defense, )
)
ARMY BRIG. GEN. JAY HOOD )
Commander, Joint Task Force-GTMO )
)
ARMY COL. BRICE GYURISKO )
Comander, Joint Detention Operations )
Group, JTF - GTMO )
)
    Respondent(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____James V. Wade_____ as counsel in this
(Attorney's Name)

case for:_____Habibullah Mangut_____
(Name of party or parties)

11-3-2005
Date

PA 33352
BAR IDENTIFICATION

_____ V. Wade
Signature

James V. Wade
Print Name

100 Chestnut Street, Suite 306
Address

Harrisburg    PA    17101
City         State  Zip Code

(717) 782-2237
Phone Number