IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBULLAH MANGUT,<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>      Petitioner,<br><br>V.<br><br>**GEORGE W. BUSH**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301;<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>    Commander, Joint Task Force -<br>    GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>**ARMY COL. MIKE BUMGARNER**<br>    Commander, Joint Detention<br>    Operations Group - JTF-GTMO<br>    APO AE 09360,<br>        Respondents | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:   05-CV-01008<br><br>JUDGE JOHN D. BATES |

**ORDER**

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo,

    IT IS HEREBY ORDERED that the Motion is granted; and

    IT IS FURTHER ORDERED that Respondent shall not remove Petitioners from Guantanamo

to a foreign territory without providing counsel and the Court 30-days' advance notice.

BY THE COURT,

_____
John D. Bates, USDJ

Dated: