AO 458 (Rev.11/04 DC)-Appearance

# *United States District Court*
# *For the District of Columbia*

HABIBULLA MANGUT                )
       Petitioner(s)              )     APPEARANCE
                                   )
       vs.                        )     CASE NUMBER: 05-CV-01008
GEORGE W. BUSH,                 )
President of the United States  )
                                   )
DONALD RUMSFELD,                )
Secretary, United States Department )
of Defense,                     )
                                   )
ARMY BRIG. GEN. JAY HOOD        )
Commander, Joint Task Force-GTMO)
                                   )
ARMY COL. BRICE GYURISKO        )
Comander, Joint Detention Operations)
Group, JTF - GTMO               )
                                   )
       Respondent(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Anne L. Saunders_____ as counsel in this
                                      (Attorney's Name)

case for:_____Habibullah Mangut_____
                         (Name of party or parties)

| | |
|---|---|
| January 24, 2006 | s/Anne L. Saunders |
| Date | Signature |
| | |
| | Anne L. Saunders |
| | Print Name |
| PA 48458 | |
| BAR IDENTIFICATION | 100 Chestnut Street, Suite 306 |
| | Address |
| | |
| | Harrisburg    PA    17101 |
| | City        State       Zip Code |
| | |
| | (717) 782-3843 |
| | Phone Number |