AO 458 (Rev.11/04 DC)-Appearance

# *United States District Court*
# *For the District of Columbia*

HABIBULLA MANGUT )
       Petitioner(s) )     APPEARANCE
)
       vs. )     CASE NUMBER: 05-CV-01008
GEORGE W. BUSH, )
President of the United States )
)
DONALD RUMSFELD, )
Secretary, United States Department )
of Defense, )
)
ARMY BRIG. GEN. JAY HOOD )
Commander, Joint Task Force-GTMO)
)
ARMY COL. BRICE GYURISKO )
Comander, Joint Detention Operations)
Group, JTF - GTMO )
)
       Respondent(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____D. Toni Byrd_____ as counsel in this
                               (Attorney's Name)

case for:_____Habibullah Mangut_____
                        (Name of party or parties)

 January 24, 2006

Date

PA 46557

BAR IDENTIFICATION

s/ D. Toni Byrd

Signature

D. Toni Byrd

Print Name

330 Pine Street, Suite 302

Address

Williamsport    PA        17701

City            State        Zip Code

(570) 323-9314

Phone Number