AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| HABIBULLA MANGUT | ) | |
|     Petitioner(s) | ) | APPEARANCE |
| | ) | |
|     vs. | ) | CASE NUMBER: 05-CV-01008 |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department | ) | |
| of Defense, | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD | ) | |
| Commander, Joint Task Force-GTMO | ) | |
| | ) | |
| ARMY COL. BRICE GYURISKO | ) | |
| Comander, Joint Detention Operations | ) | |
| Group, JTF - GTMO | ) | |
| | ) | |
|     Respondent(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Frederick W. Ulrich_____ as counsel in this
                                       (Attorney's Name)

case for:_____Habibullah Mangut_____
                     (Name of party or parties)

January 24, 2006                           s/Frederick W. Ulrich
Date                                       Signature

                                           Frederick W. Ulrich
                                           Print Name

PA 44855
BAR IDENTIFICATION                         100 Chestnut Street, Suite 306
                                           Address

                                           Harrisburg      PA         17101
                                           City            State      Zip Code

                                           (717) 782-2237
                                           Phone Number