# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAHMOAD ABDAH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1254 (HHK) (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## AMENDED TEMPORARY RESTRAINING ORDER

For the reasons stated in the Memorandum Opinion issued this date, it is hereby ordered that Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, be, and are, hereby immediately and temporarily restrained from removing Petitioners from Guantanamo Bay Naval Base until this matter can be determined at a hearing for a preliminary injunction or for ten days, whichever is less. This Amended Temporary Restraining Order replaces the Initial Temporary Restraining Order issued on March 12, 2005 at 3:40 p.m.

**SO ORDERED.**

DATE:  March 12, 2005.

/s/_____
ROSEMARY M. COLLYER
TIME: 3:40 p.m. (Initial TRO)                United States District Judge
   4:20 p.m. (Amended TRO)