**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**JARALLAH AL-MARRI, et al.**,      :
                                    :
    Petitioners,                    :
                                    :
    v.                              :    Civil Action No. 04-2035 (GK)
                                    :
**GEORGE W. BUSH, et al.**,         :
                                    :
    Respondents.                    :
_____:

### ORDER

For the reasons stated in the Court's accompanying memorandum, docketed this same day, it is this 4th day of April, hereby

**ORDERED** that Petitioner's Motion for a Preliminary Injunction is **granted**; it is further

**ORDERED** that the Government shall provide Petitioner's counsel and the Court with 30 days' notice prior to transporting or removing Petitioner from Guantanamo Bay Naval Base; it is further

**ORDERED** that this Order shall remain in effect until the final resolution of Petitioner's habeas claim unless otherwise modified or dissolved; it is further

**ORDERED** and Petitioner's Motion for a Temporary Restraining Order is **denied as moot.**

April 4, 2005
                                            /s/
                                        Gladys Kessler
                                        United States District Judge

**Copies to:** Attorneys of Record via ECF

2

Case 4:05-cv-01023-DDB Document 138 Filed 04/22/2005 Page 2 of 2