# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HABIBULLAH MANGUT** | : | CIVIL ACTION |
| Petitioner, | : | (Habeas Corpus) |
| | : | |
| *v.* | : | |
| | : | ORAL ARGUMENT REQUESTED |
| **GEORGE W. BUSH,** *et al.*, | : | |
| Respondents. | : | No. 1:05-CV-01008 |
| | : | (Judge John D. Bates) |

## ERRRATA TO EXHIBIT E OF THE PETITIONER'S REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR THE PETITIONER AND THE COURT WITH 30 DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO

A portion of Exhibit E was electronically filed upside down. The upside down portion of Exhibit E pages 5 through 20 should be disregarded and are not part of Exhibit E. Exhibit F represents the identical pages in the right side up format. A new Exhibit E with the unnecessary material deleted is filed with this Errata.

Respectfully submitted,

Dated: January 26, 2006

/s/James V. Wade
James V. Wade (PA 33352)
Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
(James_Wade@fd.org)

## **CERTIFICATE OF SERVICE**

I, James V. Wade, certify that I have caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 26$^h$ day of January, 2006

>/s/ James V. Wade
>James V. Wade