EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANI SALEH RASHID ABDULLAH et al., Petitioners, v. GEORGE W. BUSH et al., Respondents. | Civil Action No. 05-23 (RWR) |

ORDER

Petitioners Rami Bin Saad Al-Oteibi, Hani Saleh Rashid Abdullah, and Abdullah's sister as next friend, filed a petition for habeas corpus, alleging that Abdullah and Al-Oteibi are being detained unlawfully by the United States at Guantanamo Bay. Respondents filed a motion to stay all proceedings in this case pending resolution of the appeals pending before the United States Court of Appeals for the District of Columbia Circuit in In re Guantanamo Detainee Cases, — F. Supp. 2d — , 2005 WL 195356 (D.D.C. Jan. 31, 2005), appeal docketed, No. 05-8003 (D.C. Cir. March 10, 2005), and Boumediene v. Bush et al., — F. Supp. 2d — , 2005 WL 100924 (D.D.C. Jan. 19, 2005), appeal docketed, No. 05-5062 (D.C. Cir. March 10, 2005), although they have not confirmed in any filings that Abdullah is, or ever was, detained at Guantanamo.

-2-

Petitioners oppose respondents' motion but specifically request that any stay entered be flexible enough to permit petitioners to seek appropriate interim relief, short of release, where warranted. By way of example, petitioners would seek relief if respondents sought to "render" petitioners to another country for continued detention or move petitioners to a secret detention facility, effectively placing petitioners beyond the jurisdiction of this court. See Opp'n, 2/15/2005, at 5-6. In addition, petitioners emphasize their concern that they could be involuntarily transferred from Guantanamo such that they would no longer have access in this court to a review of the legality of their detention. Id.; Supplemental Opp'n, 3/11/2005, at 1-2, and Ex. A. Respondents have not addressed these concerns.[1]

After consideration of the submissions made by both parties regarding the stay sought by respondents, it is hereby

ORDERED that respondents' motion for a stay be, and hereby is, is GRANTED in part and DENIED in part. The proceedings in this case are STAYED pending resolution of the appeals pending before the United States Court of Appeals for the District of

---

[1] On March 14, 2005, petitioners filed a motion for a preliminary injunction, seeking an order from this court requiring respondents to provide 30 days notice of any intended removal of petitioners from Guantanamo. That motion is not yet ripe and is not addressed by this order.

-3-

Columbia, in <u>In re Guantanamo Detainee Cases</u> and <u>Boumediene v. Bush et al.</u>, except that petitioners may seek emergency relief from this court in appropriate circumstances, such as when petitioners have reason to believe that they are facing the possibility of continued detention at the request of the United States in a location that does not provide access to this court. It is further

ORDERED that, on or before March 21, 2005,[2] respondents shall file with this court a statement with respect to each of petitioners Abdullah and Al-Oteibi (i) confirming whether he is presently, and has been since the filing of petitioners' habeas petition, in the custody of the United States at Guantanamo, or confirming his past and present custody status and location if he is not presently in United States custody at Guantanamo, and (ii) disclosing whether, at the time the statement is filed, respondents have plans, or reasonably anticipate making plans prior to April 19, 2005, to move petitioner, and if so, to where, when, and under what terms and conditions.

---

[2] Local Civil Rule 65.1(c) requires respondents to file their response to the petitioners' motion for preliminary injunction on or before March 21, 2005. This order does not alter that requirement.

-4-

SIGNED this 16th day of March, 2005.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```