IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HABIBULLAH MANGUT,** | : | **CIVIL ACTION** |
| Petitioner, | : | **(Habeas Corpus)** |
| *v.* | : |  |
| **GEORGE W. BUSH,** *et al.*, | : |  |
| Respondents. | : | No. 1:05-CV-01008 |
|  | : | (Judge John D. Bates) |

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION
FOR PROCEDURES RELATED TO REVIEW OF
<u>CERTAIN DETAINEE MATERIALS</u>**

Petitioner, Habibullah Mangut, objects to any violation of the attorney-client privilege by respondents. Petitioner, however, does not believe respondents have seized any attorney-client material relating to his case. Should that belief be mistaken, petitioner joins in and hereby adopts the legal arguments presented by counsel for the petitioner

in *Abdah v. Bush*, 04-CV-1254 (HHK).

                                        Respectfully submitted,

                                        /s/James V. Wade
                                        James V. Wade (PA 33352)
                                        Federal Public Defender
                                        100 Chestnut Street, Suite 306
                                        Harrisburg, PA 17101
                                        Tel. No. (717) 782-2237
                                        Fax No. (717) 782-3881
                                        (James_Wade@fd.org)


                                        Thomas A. Thornton (PA 44208)
                                        Federal Public Defender
                                        100 Chestnut Street, Suite 306
                                        Harrisburg, PA 17101
                                        Tel. No. (717) 782-2237
                                        Fax No. (717) 782-3881
Dated:      July 24, 2006                    (Thomas_Thornton@fd.org)

## CERTIFICATE OF SERVICE

I hereby certify that no classified or protected material was utilized in the preparation of petitioner's opposition and, therefore, service is not accomplished through the Court Security Officer but through the Court's ECF/CMS electronic mechanism on the following counsel of record for respondents:

>Mr. Terry M. Henry
>US DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Room 7226
>Washington, DC 20529-0001

Date: July 24, 2006			s/ James V. Wade
					JAMES V. WADE, ESQUIRE
					Federal Public Defender