UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBULLAH MANGUT,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-1008 (JDB) |
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-2378 (JDB) |

## ORDER

Upon consideration of respondents' "Status Report in Response to the Court's July 19, 2006, Minute Order," filed in the above-captioned cases on August 2, 2006, it is this 3rd day of August, 2006, hereby

**ORDERED** that respondents shall, by not later than 5:00 p.m. on August 7, 2006, file with the Court a notice -- not to exceed 350 words -- that indicates whether respondents would continue to oppose requests by petitioners' counsel for production of the records of petitioners' proceedings before the Combatant Status Review Tribunal (i.e., factual returns) if these cases were transferred to the United States Court of Appeals for the District of Columbia Circuit

pursuant to Section 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680, 2740, for judicial review of "the status determination[s] of the Combatant Status Review Tribunal" and there were no procedural or logistical impediment to such a review (e.g., an unapproved security clearance or noncompliance with a protective order), and, if respondents would resist production in that context, what the legal basis for that resistance would be.

       /s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

D. Toni Byrd, Ronald A. Krauss, Anne L. Saunders, Frederick W. Ulrich, and James V. Wade
FEDERAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Email: pamd-fpd.wil@verizon.net
Email: pamd-fpd.hbg@verizon.net
Email: James_Wade@fd.org

    *Counsel for petitioner Mangut*

H. Candace Gorman
LAW OFFICE OF H. CANDACE GORMAN
542 South Dearborn, Suite 1060
Chicago, IL  60605
Email: hcgorman@igc.org

    *Counsel for petitioner Al-Ghizzawi*


Terry Marcus Henry
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW, Suite 7144
Washington, DC  20044
Email: terry.henry@usdoj.gov

    *Counsel for respondents*