UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR KHADR,<br><br>   Petitioner,<br><br>   v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No.  04-1136 (JDB) |
| ABDULLA THANI FARIS AL-ANAZI, et al.,<br><br>   Petitioners,<br><br>   v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No.  05-0345 (JDB) |
| KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH,<br><br>   Petitioner,<br><br>   v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No.  05-0994 (JDB) |

| | |
|---|---|
| **HABIBULLAH MANGUT,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No.  05-1008 (JDB) |
| **ADEL HASSAN HAMAD,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No.  05-1009 (JDB) |
| **BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No.  05-2029 (JDB) |

| |
|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,**<br><br>    Petitioner,<br><br>       v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>    Respondents. |

Civil Action No. 05-2378 (JDB)

# ORDER

A judge of this Court may "transfer directly all or part of any case on the judge's docket to any consenting judge." L. Civ. R. 40.6(a). On August 3, 2006, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which a majority of the judges agreed to transfer to Judge James Robertson (with his consent) all motions relating to the impoundment and review of certain potentially privileged materials collected by respondents from detention facilities at the United States Naval Station in Guantanamo Bay, Cuba. In accord with the August 3, 2006, Resolution of the Executive Session, and in the interest of achieving coordinated and expedited resolution of such motions, it is this 24th day of August, 2006, hereby

**ORDERED** that all such motions in the above-captioned actions are transferred to Judge Robertson for decision.

                                                           /s/ John D. Bates          
                                                           JOHN D. BATES
                                                United States District Judge

Copies to:

Muneer I. Ahmad
Richard J. Wilson
AMERICAN UNIVERSITY WASHINGTON COLLEGE OF LAW
4801 Massachusetts Avenue, NW
Washington, DC  20016
Email: mahmad@wcl.american.edu
Email: rwilson@wcl.american.edu

Clive A. Stafford Smith
636 Baronne Street
New Orleans, LA  70113
clivess@mac.com

    *Counsel for petitioner Khadr*


David A. Hickerson
Anant Raut
WEIL, GOTSHAL & MANGES, L.L.P.
1300 Eye Street, NW, Suite 900
Washington, DC  20005
Email: david.hickerson@weil.com
Email: anant.raut@weil.com

    *Counsel for petitioners Al-Anazi, et al.*


Billy H. Nolas
OFFICE OF THE FEDERAL COMMUNITY DEFENDER FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, PA  19106
Email: billy_nolas@fd.org

    *Counsel for petitioner Tohiranovich*

D. Toni Byrd, Ronald A. Krauss, Anne L. Saunders, Frederick W. Ulrich, and James V. Wade
FEDERAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Email: pamd-fpd.wil@verizon.net
Email: pamd-fpd.hbg@verizon.net
Email: James_Wade@fd.org

*Counsel for petitioner Mangut*


Patrick J. Ehlers
Steven T. Wax
OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF OREGON
101 SW Main Street, Suite 1700
Portland, OR 97239
Email: Patrick_Ehlers@fd.org
Email: steve_wax@fd.org

*Counsel for petitioner Hamad*


Paul Alan Leder
RICHARDS KIBBE & ORBE LLP
1775 Eye Street, NW, 5th Floor
Washington, DC 20006-2401
Email: pleder@rkollp.com

*Counsel for petitioner Al-Shabany*


H. Candace Gorman
LAW OFFICE OF H. CANDACE GORMAN
542 South Dearborn, Suite 1060
Chicago, IL 60605
Email: hcgorman@igc.org

*Counsel for petitioner Al-Ghizzawi*

Terry Marcus Henry
Robert J. Katerberg
Preeya M. Noronha
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20001
Email: terry.henry@usdoj.gov
Email: robert.katerberg@usdoj.gov
Email: preeya.noronha@usdoj.gov

    *Counsel for respondents*