# EXHIBIT C

Exhibit C:  List of No Longer Enemy Combant Detainees With Pending Habeas Corpus Petitions Who Have Been Released From United States Custody

| Case Number | Judge | Case Name | Petitioner's Name | ISN | Status |
|---|---|---|---|---|---|
| 05-CV-0429 | Leon | Sliti v. Bush | Abdul Aziz Al Mossary | 00287 | Left GTMO |
| 05-CV-0429 | Leon | Sliti v. Bush | Ibrahim Fauzee | 00730 | Left GTMO |
| 05-CV-0431 | Leon | Kabir v. Bush | Khalid Mahmoud Alasmar | 00589 | Left GTMO |
| 05-CV-0520 | Urbina | Al-Oshan v. Bush | Saleh Abdulla Al-Oshan | 00248 | Left GTMO |
| 05-CV-0665 | Robets | Ahmed v. Bush | Hazi Ahmed | 00649 | Left GTMO |
| 05-CV-1509 | Urbina | Kiyemba v. Bush | Sadik Ahmad Turkistani | 00491 | Left GTMO |
| 05-CV-1864 | Kennedy | Aziz v. Bush | Abu Abdul Aziz | 00287 | Left GTMO |
| 05-CV-2087 | Collyer | Muhammed v. Bush | Fethi Boucetta | 00718 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abu Baker | 00283 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Alla Al Mossary | 00287 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Saalih LNU | 00298 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Hamad LNU | 00712 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Hamad LNU | 00712 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Hammad LNU | 00712 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Dr. Abu Muhammed | 00718 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Abu Mohammed | 00718 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Dr. Abu Mohammed | 00718 | Left GTMO |
| 05-CV-2386 | Walton | Mohammon v. Bush | Boucetta Fihi | 00718 | Left GTMO |
| 06-CV-1760 | Urbina | Gul v. Bush | Mohammed Gul | 00457 | Left GTMO |

1