IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | : Misc. No. 1:08-MC-00444 (TFH)<br>:<br>: Civil Action No. 1:05-CV-1008 (JDB)<br>:<br>:<br>:<br>:<br>: |

**STATUS REPORT IN RESPONSE TO
THIS HONORABLE COURT'S JULY 3, 2008, ORDER**

AND NOW, pursuant to This Honorable Court's July 3, 2008, order, Petitioner submits the following with respect to the status of the above-captioned matter:

1.  Petitioner, previously a prisoner at Guantanamo Bay, Cuba, filed a *pro se* request for habeas corpus relief on May 18, 2005.

2.  On January 4, 2006, an amended petition for a writ of habeas corpus was filed on Petitioner's behalf.

3.  On January 4, 2006, counsel moved for an order requiring respondents to provide thirty-days advance notice of any intended removal or transfer of Petitioner from Guantanamo Bay, Cuba.

4.	On October 24, 2006, respondents provided notice that the United States had relinquished custody of the Petitioner, transferring him to the control of the Government of Afghanistan.

5.	On April 19, 2007, the Government filed a motion to dismiss, averring, in relevant part, that any claim by Petitioner was mooted as a result of his transfer to the Government of Afghanistan.

6.	On July 14, 2008, respondents filed a status report, reiterating that Petitioner's case should be dismissed as moot.

7.	Within counsel has not had any contact with Petitioner and, therefore, cannot confirm his current whereabouts.

WHEREFORE, the foregoing is submitted as the current status of the above-matter in relation to Petitioner, Habibullah Mangut.

						Respectfully submitted,

Date: July 16, 2008			/s/Frederick W. Ulrich
						Frederick W. Ulrich, Esquire (PA44855)
						Asst. Federal Public Defender
						100 Chestnut Street, Suite 306
						Harrisburg, PA 17101
						Tel. No. (717) 782-2237
						Fax No. (717) 782-3881
						<fritz_ulrich@fd.org>

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

| | |
|---|---|
| Terry M. Henry, Esquire | Andrew I. Warden, Esquire |
| United States Department of Justice | United States Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| 20 Massachusetts Avenue, NW | 20 Massachusetts Avenue, NW |
| Room 7226 | Room 7226 |
| Washington, DC 20530 | Washington, DC 20530 |

Dated: July 16, 2008     */s/Frederick W. Ulrich*
　　　　　　　　　　　　　Frederick W. Ulrich, Esquire (PA44855)
　　　　　　　　　　　　　Asst. Federal Public Defender
　　　　　　　　　　　　　100 Chestnut Street, Suite 306
　　　　　　　　　　　　　Harrisburg, PA 17101
　　　　　　　　　　　　　Tel. No. (717) 782-2237
　　　　　　　　　　　　　Fax No. (717) 782-3881
　　　　　　　　　　　　　*<fritz_ulrich@fd.org>*