UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBULLAH MANGUT,<br><br>   Petitioner,<br><br>       v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No. 05-1008 (JDB) |
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-0444 (TFH) |

**ORDER**

Based on petitioner's status report of July 16, 2008, it is hereby

**ORDERED** that the above-captioned civil action, No. 05-1008, is **DISMISSED.**

/s/
JOHN D. BATES
United States District Judge

Date:  July 18, 2008